UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HOMESTAR BANK, <br>     an Illinois Banking Corporation, <br><br>     Plaintiff <br><br> v. <br><br> ROBERT C. COLVIN and <br> JAN L. COLVIN, <br><br>     Defendants | CIVIL ACTION NO. _____ <br><br><br> **NOTICIFICATION OF FILING OF** <br> **NOTICE OF REMOVAL** |

**SERVED VIA U.S. MAIL AND FACSIMILE: 815-468-2441**

TO:    William F. Smith, General Counsel
        Attorney for Plaintiff
        Homestar Bank
        3 Diversatech Drive
        Manteno, IL  60950
        815-468-6504

    Please take notice that the defendants in the above entitled action have this date filed their notice of removal of this action in the Office of the Clerk of the United States District Court for the Central District of Illinois, Urbana Division. A copy of the notice is attached hereto.

    You are further advised that the defendants, upon filing of the notice of removal, also filed a copy of the notice with the Clerk of the Circuit Court of the Twenty-First Judicial Circuit of the State of Illinois, Kankakee County, as required by 28 U.S.C. § 1446 (d), thus effecting removal there under.

    Respectfully submitted this 13th day of March, 2006.

                                          _____
                                          William G. Winter, Esq., Colorado Bar #36159
                                          *Attorney for Plaintiff*
                                          475 Kendall Court #127
                                          Castle Rock, Co  80108
                                          T) 303-660-4190
                                          F) 303-688-1105