E-FILED
Tuesday, 28 March, 2006 09:09:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| HOMESTAR BANK, <br> an Illinois Banking Corporation, <br><br> Plaintiff <br><br> v. <br><br> ROBERT C. COLVIN and <br> JAN L. COLVIN, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br> Civil Action No.: 06-2047 |

FILED
MAR 2 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**DEFENSE COUNSEL'S MOTION FOR ADMISSION *PRO HAC VICE* AND FOR LEAVE TO FILE CONVENTIONALLY PENDING PROCESSING OF APPLICATION FOR ADMISSION**

The undersigned counsel, moves this Honorable Court to allow his admission p*ro hac vic*e, and for leave to file conventionally pending approval of his application for admission to practice before this court, which application will be filed next week, and as grounds therefor states as follows:

1.    He has been admitted to practice law within the State of Colorado since October 21, 1976, as well as before the United States District Court for the District of Colorado as of the same date. He also has been admitted to practice law before the 10th Circuit of the United States Court of Appeals, as of August 7, 1998. His registration number with the Colorado State Bar is 7578.

2.    On behalf of the defendants named herein, he filed a Notice of Removal of this matter from state court. He has also now filed a Motion for Extension of Time to File a Responsive Pleading. This latter Motion for Extension of Time is unopposed by Plaintiff's counsel.

3.    He will promptly file next week an application for admission to practice before this court and anticipates that this will be the only pleading filed prior to such admission.

4.      During the pendency of his application for admission, he requests that he be admitted, on an interim basis, *pro hac vice*, and for leave to file conventionally.

Dated this  17  day of March 2006.

Respectfully submitted,

/s/ *Francis V. Cristiano*
**Francis V. Cristiano**
CRISTIANO LAW, LLC
8101 E. Prentice Ave., Suite 800
Greenwood Village, CO 80111
Telephone: (303) 407-1777
Facsimile: (303) 322-9574
E-mail: frank@cristianolaw.com
Attorney for Defendants, Robert and Jan Colvin

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 17th day of March 2006, a true and correct copy of the above and foregoing Defense Counsel's Motion for Admission *Pro Hac Vice* and for Leave to File Conventionally Pending Processing of Application for Admission, was served, addressed to the following via:

☐   Certified Mail

☒   First class U.S. mail, postage prepaid

☐   EFile via CourtLink

William F. Smith, Esq.
Homestar Bank
3 Diversatech Drive
Manteno, IL 60950

*s/ Amanda Katz*
**Amanda Katz**, Paralegal
CRISTIANO LAW, LLC
8101 E. Prentice Ave., Suite 800
Greenwood Village, CO 80111
Telephone:(303) 407-1777
Facsimile:(303) 322-9574
Amanda@cristianolaw.com