UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| HOMESTAR BANK,<br>an Illinois Banking Corporation, | ) <br> ) <br> ) | |
| Plaintiff | ) <br> ) | |
| v. | ) <br> ) | |
| ROBERT C. COLVIN and<br>JAN L. COLVIN, | ) <br> ) <br> ) | Civil Action No.: 06-2047 |
| Defendants | ) <br> ) | |

FILED
MAR 2 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Robert C. Colvin and Jan L. Colvin, ("Defendants"), by and through their undersigned counsel, respectfully move this Honorable Court for an Order, pursuant to Fed. R. Civ. Proc. 6 (b), for enlargement of the time provided under Fed. R. Civ. Proc. 81 (c) in which to answer or present the other defenses or objections available to the complaint in the above styled action. Counsel for Homestar Bank, Plaintiff in the above styled action, has been consulted and has agreed to a twenty (20) day enlargement, to run through and including close of business on Monday, April 10, 2006.

WHEREFORE, the defendants respectfully request that this Court issue an order enlarging by twenty (20) days the time provided in which to answer or present other defenses or objections in the above styled action.

Respectfully submitted this 17ʰ day of March, 2006.

                                        Respectfully submitted,

                                        *s/ Francis V. Cristiano*
                                        **Francis V. Cristiano**
                                          CRISTIANO LAW, LLC
                                          8101 E. Prentice Ave., Suite 800
                                          Greenwood Village, CO 80111
                                          Telephone: (303) 407-1777
                                          Facsimile: (303) 322-9574
                                          E-mail: frank@cristianolaw.com
                                          Attorney for Defendants, Robert and Jan Colvin

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 17th day of March 2006, a true and correct copy of the above and foregoing Motion for Extension of Time to Respond to Complaint was served, addressed to the following via:

☐ Certified Mail

☒ First class U.S. mail, postage prepaid

☐ EFile via CourtLink

William F. Smith, Esq.
Homestar Bank
3 Diversatech Drive
Manteno, IL 60950

                                        *s/ Amanda Katz*
                                        **Amanda Katz**, Paralegal
                                        CRISTIANO LAW, LLC
                                        8101 E. Prentice Ave., Suite 800
                                        Greenwood Village, CO 80111
                                        Telephone:(303) 407-1777
                                        Facsimile:(303) 322-9574
                                        Amanda@cristianolaw.com

cc: Bob and Jan Colvin