**E-FILED**
Thursday, 20 April, 2006 08:39:49 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
_____CENTRAL DISTRICT OF ILLINOIS _____
### URBANA DIVISION

| | |
|---|---|
| **HOMESTAR BANK,** | ) |
| **an Illinois Banking Corporation,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ROBERT C. COLVIN and** | )    **Civil Action No.: 06-2047** |
| **JAN L. COLVIN,** | ) |
| | ) |
| **Defendants** | ) |

### UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO COMPLAINT AND STIPULATED MOTION TO VACATE AND RESCHEDULE RULE 16 SCHEDULING CONFERENCE PENDING SETTLEMENT NEGOTIATIONS

Defendants, by and through their undersigned counsel move this Honorable Court for a 20 day enlargement of time through and including Monday, May 1, 2006, in which to answer or present other defenses or objections available to the complaint in the above styled action. Counsel for Plaintiff, Homestar Bank, has been consulted with and agreed to such as being appropriate under the circumstances as hereinafter set forth.

The parties further, by stipulation, move this Honorable Court to vacate and reschedule the April 18, 2006 Rule 16 scheduling conference.

As grounds for this Motion, the parties state as follows:

1.      Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is presently Monday, April 10, 2006. This was based upon an unopposed Motion for Extension of Time to Respond to the Complaint which was granted by this Court on March 28, 2006.

2.      Prior to such time frame, and specifically on March 15, 2006, this Court ordered a Rule 16 scheduling conference to occur on April 18, 2006 at 11:00 a.m. In light of the extended

time for the defendants to respond to Plaintiff's Complaint, this scheduling conference is premature. Among other things, if matters are not resolved by settlement agreement, Defendants anticipate filing a motion contesting this Court's jurisdiction over the defendants, based upon the provisions of the Colorado Uniform Consumer Credit Code, which Defendants claim is the controlling statute pertaining to the issues of this case.

3.      Most importantly however, the parties have been engaging in good faith settlement negotiations and are hopeful that a prompt resolution can be reached by way of settlement agreement.    At this point, the parties are hopeful that such a settlement agreement can be consummated within the next 20 days.

4.      It is believed by both parties that in light of the good prospects of a settlement agreement being reached, the parties' resources would be much better utilized in efforts to attain and fund a settlement agreement.

5.      Thus, the parties request that an additional extension of twenty (20) days be allowed for defendants to respond or otherwise plead to Plaintiff's Complaint, and that the Rule 16 scheduling conference, now scheduled for April 18, 2006, be vacated and rescheduled in the event that a settlement agreement is not reached.

Respectfully submitted this 12th day of April, 2006.

**Francis V. Cristiano**
CRISTIANO LAW, LLC
8101 E. Prentice Ave., Suite 800
Greenwood Village, CO 80111
(303) 407-1777
Attorney for Defendants, Robert and Jan Colvin

2

*s/* William F. Smith, Esq.
William F. Smith, Esq.
HOMESTAR BANK
3 Diversatech Drive
Manteno, IL 60950
(815) 468-6504
Attorney for Plaintiff, Homestar Bank

cc: Bob and Jan Colvin