# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
#### Urbana Division

| | |
|---|---|
| **HOMESTAR BANK, an Illinois** ) | |
| **Banking Corporation,** ) | |
|          **Plaintiff,** ) | |
|     v. ) | |
|     ) | Case No. 06-2047 |
| **ROBERT C. COLVIN and** ) | |
| **JAN L. COLVIN,** ) | |
|          **Defendants.** ) | |

# ORDER

Before the Court is Defendants' Unopposed Motion for Further Extension of Time to Respond to Complaint and Stipulated Motion to Vacate and Reschedule Rule 16 Scheduling Conference Pending Settlement Negotiations [6] . That motion is **GRANTED in part** and **DENIED in part**.

The deadline to respond to Plaintiff's complaint is hereby extended to May 10, 2006. The portion of the motion seeking to reschedule the Rule 16 conference is denied as moot.[1]

ENTER this 20th day of April, 2006.

                                         s/ DAVID G. BERNTHAL
                                         U.S. MAGISTRATE JUDGE

---

[1] The case was previously scheduled for a telephone status conference on 5/16/06 @ 1:30 p.m.