E-FILED
Thursday, 29 June, 2006   03:05:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HOMESTAR BANK, <br> an Illinois Banking Corporation, <br><br> Plaintiff <br><br> v. <br><br> ROBERT C. COLVIN and <br> JAN L. COLVIN, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 06-2047 <br> ) <br> ) <br> ) |

## JOINT STIPULATION AND MOTION FOR DISSMISSAL WITH PREJUDICE

The Parties, by and through their undersigned counsel, having reached a mutually agreeable settlement in this action, stipulate and move this honorable court to enter its order dismissing the Plaintiff's complaint against Defendants, with prejudice, with each of the parties paying their own respective attorneys' fee and costs.

Respectfully submitted this 21st day of June, 2006.

_____
**William F. Smith, Esq.**
Homestar Bank
3 Diversatech Drive
Manteno, IL 60950
(815) 468-6504
Attorney for Plaintiff, Homestar Bank

_____
**Francis V. Cristiano, Esq.**
CRISTIANO LAW, LLC
8101 E. Prentice Ave., Suite 800
Greenwood Village, CO 80111
(303) 407-1777
Attorney for Defendants, Robert and Jan Colvin