**E-FILED**
Friday, 30 June, 2006  03:01:37 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

HOMESTAR BANK,　　　　　　　　　　)
an Illinois Banking Corporation,　　　)
　　　　　　　　　　　　　　　　　　)
Plaintiff　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
ROBERT C. COLVIN and　　　　　　　)　Civil Action No.: 06-2047
JAN L. COLVIN,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
Defendants　　　　　　　　　　　　)

**FILED**

JUN 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## ORDER: GRANTING JOINT STIPULATION AND MOTION FOR DISSMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Joint Stipulation and Motion for Dismissal with Prejudice, and finding good grounds therefor;

ORDERS that such Joint Stipulation and Motion for Dismissal with Prejudice be and hereby is GRANTED, with the within action being dismissed with prejudice, each of the parties paying their own respective attorneys fees and costs

Dated this 30th day of June , 2006.

s/DAVID G. BERNTHAL
DISTRICT COURT JUDGE U.S. MAGISTRATE JUDGE